United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Don D. Suarez  
     Debtor

Case No. 16-13136-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Antoinett     Page 1 of 1     Date Rcvd: Feb 01, 2017  
                        Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 03, 2017.  
db            +Don D. Suarez,    5001 Neshaminy Boulevard,    Bensalem, PA 19020-1142

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 03, 2017                                                     Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 1, 2017 at the address(es) listed below:  
       JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATON, TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com  
       LEON P. HALLER    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATON, TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com,    dmaurer@pkh.com  
       LEROY W. ETHERIDGE, JR.    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com, philaecf@gmail.com  
       PAUL H. YOUNG    on behalf of Debtor Don D. Suarez ykassoc@gmail.com,    ykaecf@gmail.com, paullawyers@gmail.com,pyoung@ymalaw.com  
       SIOBHAN D. BYRNES    on behalf of Creditor    Bucks County Water and Sewer Authority sbyrnes@begleycarlin.com,    nfern@begleycarlin.com  
       THOMAS I. PULEO    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATON, TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com  
       United States Trustee     USTPRegion03.PH.ECF@usdoj.gov  
       WILLIAM C. MILLER     ecfemails@ph13trustee.com,    philaecf@gmail.com  
                                                                                                     TOTAL: 8

U.S. BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   CHAPTER 13

Debtor:  DON DINO SUAREZ                    BANKRUPTCY NO. 16-13136

ORDER

**AND NOW,** upon consideration of the Application for Compensation (the Application) filed by the Debtor's counsel (the Applicant)l and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED**.

2. Compensation is **ALLOWED** in favor of the Applicant in the amount of $4,000.

3. The Chapter 13 Trustee is authorized to distribute to the Applicant as an administrative expense pursuant to 11 U.S.C. Section 1326(b), 11 U.S.C. Section 507, 11 U.S.C. Section 503(b) and 11 U.S.C., Section 330(a)(4)(B), the allowed compensation set forth in paragraph 2 less $2,000 which was paid by the Debtor prepetition, to the extent such distribution is authorized under the terms of the confirmed Chapter 13 Plan.

Date: 2/1/17

_____
**ERIC L. FRANK
CHIEF U.S. BANKRUPTCY JUDGE**