# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 16-13136-ELF

DON D. SUAREZ

5001 NESHAMINY BOULEVARD

BENSALEM, PA 19020

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

  DON D. SUAREZ

  5001 NESHAMINY BOULEVARD

  BENSALEM, PA 19020

Counsel for debtor(s), by electronic notice only.

  PAUL H YOUNG
  3554 HULMEVILLE RD
  SUITE 102
  BENSALEM, PA 19020

Date: 9/27/2017

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee