## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 16-13136-ELF

DON D. SUAREZ

5001 NESHAMINY BOULEVARD

BENSALEM, PA 19020

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    DON D. SUAREZ

    5001 NESHAMINY BOULEVARD

    BENSALEM, PA 19020

Counsel for debtor(s), by electronic notice only.

    PAUL H YOUNG
    3554 HULMEVILLE RD
    SUITE 102
    BENSALEM, PA 19020

Date: 1/23/2018

    /S/ William C. Miller
    _____
    William C. Miller, Esquire
    Chapter 13 Standing Trustee