**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                              Chapter 13
DON D. SUAREZ


                    Debtor              Bankruptcy No. 16-13136-ELF


# <u>O R D E R</u>

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing

Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage

orders previously entered are **VACATED**.


**Date: October 30, 2019**

_____
                    Eric L. Frank
                    Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
PAUL H YOUNG
3554 HULMEVILLE RD
SUITE 102
BENSALEM, PA 19020


Debtor:
DON D. SUAREZ

5001 NESHAMINY BOULEVARD

BENSALEM, PA 19020