United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 16-13136-elf
Don D. Suarez                                                           Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: Antoinett        Page 1 of 2            Date Rcvd: Oct 30, 2019
                             Form ID: pdf900        Total Noticed: 20

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 01, 2019.
db             +Don D. Suarez,    5001 Neshaminy Boulevard,     Bensalem, PA 19020-1142
13761568       +Bucks County Water and Sewer Authority,     1275 Almshouse Road,    Warrington, PA 18976-1209
13720451        IRS,    US Dept of the Treasury,    Philadelphia, PA 19100
13720452        JPMorgan Chase Bank, N.A.,    PO Box 901032,    Fort Worth, TX 76101-2032
13778933        JPMorgan Chase Bank, NA. National Bankruptcy Dept.,     PO BOX 29505 AZ 1-1191,
                 Phoenix, AZ 85038-9505
13720453       +PA Department of Revenue,    Bureau of Collections & Taxpayer Service,    PO Box 281210,
                 Harrisburg, PA 17128-1210
13720454        Pa Housing Finance Age,    Po Box 8028,   Harrisburg, PA 17105
13803702       +U.S. BANK NATIONAL ASSOCIATON, TRUSTEE FOR THE PEN,     PHFA Loan Servicing Division,
                 211 North Front Street,    Harrisburg, PA 17101-1466
13720459        Wells Fargo Card Services,    Credit Bureau Disp,    Des Moines, IA 50306
13803656       +Wells Fargo Card Services,    1 Home Campus 3rd Floor,    Des Moines, IA 50328-0001
13720458       +Wells Fargo Card Services,    Mac F82535-02f,    Po Box 10438,   Des Moines, IA 50306-0438
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Oct 31 2019 03:38:39     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 31 2019 03:38:01
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 31 2019 03:38:26     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
13727812        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 31 2019 03:57:09
                 American InfoSource LP as agent for,    T Mobile/T-Mobile USA Inc,    PO Box 248848,
                 Oklahoma City, OK  73124-8848
13748549       +E-mail/Text: bankruptcy@cavps.com Oct 31 2019 03:38:23     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
13720457        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 31 2019 03:30:42
                 Portfolio Recovery,    120 Corporate Blvd, Ste 100,    Norfolk, VA 23502
13720456        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 31 2019 03:33:10
                 Portfolio Recovery,    Attn: Bankruptcy,   Po Box 41067,    Norfolk, VA 23541
13720455       +E-mail/Text: blegal@phfa.org Oct 31 2019 03:38:15     Pa Housing Finance Age,
                 2101 N. Front Street,    Harrisburg, PA 17110-1086
13752662        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 31 2019 03:38:01
                 Pennsylvania Department of Revenue,    Bankruptcy division, P O Box 280946,
                 Harrisburg P A 17128-0946
                                                                                               TOTAL: 9

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Bucks County Water and Sewer Authority,    1275 Almshouse Road,    Warrington, PA 18976-1209
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2019                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 30, 2019 at the address(es) listed below:
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATON, TRUSTEE FOR THE
           PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
          LEON P. HALLER    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATON, TRUSTEE FOR THE
           PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com,    dmaurer@pkh.com;mgutshall@pkh.com
          LEROY W. ETHERIDGE, JR.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
           philaecf@gmail.com
```

```
District/off: 0313-2          User: Antoinett            Page 2 of 2                  Date Rcvd: Oct 30, 2019
                              Form ID: pdf900            Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        PAUL H. YOUNG    on behalf of Debtor Don D. Suarez support@ymalaw.com,   ykaecf@gmail.com,
         paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com
        SIOBHAN D. BYRNES    on behalf of Creditor    Bucks County Water and Sewer Authority
         sbyrnes@begleycarlin.com,   brossmann@begleycarlin.com
        THOMAS I. PULEO    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATON, TRUSTEE FOR THE
         PENNSYLVANIA HOUSING FINANCE AGENCY tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                       TOTAL: 8

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:　　　　　　　　　　　　　　　　Chapter 13
DON D. SUAREZ

　　　　　　　Debtor　　　　　　Bankruptcy No. 16-13136-ELF

# O R D E R

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**Date: October 30, 2019**

_____
　　Eric L. Frank
　　Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
PAUL H YOUNG
3554 HULMEVILLE RD
SUITE 102
BENSALEM, PA 19020

Debtor:
DON D. SUAREZ

5001 NESHAMINY BOULEVARD

BENSALEM, PA 19020