Employment Verification and Paystub for Don Suarez

This is Don's first paycheck. He started working on December 14, 2019. His second paycheck should be coming in a few days which will show income for two weeks.

This paystub shows approximately three weeks of work.

MDA Care LLC/DBA Affectionate Reliable Care

January 15, 2020

DOB: 10/15/1971

Last 4 SSN: 3008

**RE: Don Suarez Employment Verification Letter**

To Whom It May Concern:

This is to certify that Mr. Don Suarez is currently employed as a Caregiver at Affectionate Reliable Care. Mr. Suarez began his employment on December 14, 2019 and has a projected annual gross income is $50,814.

Please feel free to contact us at 610-991-7799 for further information regarding his employment.

Regards,

Victoria Haymes

Account Manager

MDA Care LLC/ DBA Affectionate Reliable Care

MDA Care LLC/DBA Affectionate Reliable Care
301 City Avenue STE 250
Bala Cynwyd, PA 19004
P: 610-991-7799
F: 610-675-2761

**MDA Care LLC**
301 E City Ave
Ste 250
Bala Cynwyd, PA  19004-1710

|  |  |  |  |
|---|---|---|---|
| 10122 | 400 | 331 | CK |

**DON D SUAREZ**
5001 Neshaminy Boulevard
Bensalem, PA  19020



**MDA Care LLC**
301 E City Ave
Ste 250
Bala Cynwyd, PA 19004-1710
(610) 766-1257

Personal Earning Statement

| Empl# | SS# | Department | Clock No. | Pay Type |
|---|---|---|---|---|
| 10122 | XXX-XX-3008 | 400 | | Hourly |

**DON D SUAREZ**
5001 Neshaminy Boulevard
Bensalem, PA 19020

Pay Period: From: 12/23/2019 To: 01/05/2020
Pay Date: 01/10/2020    Check No. 331

| Earnings | Department | Rate | Hours | Amount |
|---|---|---|---|---|
| Regular | Caregivers | 11.50 | 140.00 | 1,610.00 |
| Overtime | Caregivers | 17.25 | 90.00 | 1,552.50 |
| **Gross Pay** | | **$3,162.50** | **YTD Gross** | **$3,162.50** |

| Taxes | Exemptions | Addl. | Amount | Year-To-Date |
|---|---|---|---|---|
| Social Sec. | | | 196.08 | 196.08 |
| Medicare | | | 45.86 | 45.86 |
| Federal | Single - 0 | | 501.67 | 501.67 |
| PA State | Single - 0 | | 97.09 | 97.09 |
| LOWER MERION T | Single - 0 | | 31.63 | 31.63 |
| PA SUI EE | | | 1.90 | 1.90 |
| LWR Merion LST | Standard - 0 | | 2.00 | 2.00 |
| **Total Taxes** | | | **876.23** | **876.23** |

**Net Pay** $2,286.27

| Direct Deposits | ABA No. | Account No. | Amount |
|---|---|---|---|
| Validating Account | XXXXX0053 | XXXXXX2819 | 0.00 |
| **Total Direct Deposit** | | | **$0.00** |

**Important Notes**

▼ REMOVE DOCUMENT ALONG THIS PERFORATION ▼

Paystubs for Melissa Caplan

Began employment in September 2019,
at Brenner Aerostructures
450-3 Winks Lane, Pa 19020

* Employment with salary verification letter to follow

BRENNER AEROSTRUCTURES LLC
450-3 WINKS LANE
BENSALEM PA 19020-0000

ORG: 100 Indirect
EE ID: 271      DD

MELISSA D CAPLAN
5001 NESHAMINY BLVD
BENSALEM PA  19020

NON-NEGOTIABLE

| PERSONAL AND CHECK INFORMATION | EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|
| Melissa D Caplan | | Salary | M69.00 | | 1346.15 | M69.00 | 1346.15 |
| 5001 Neshaminy Blvd | | Holiday | M8.00 | | | M8.00 | |
| Bensalem, PA  19020 | | PTO | M3.00 | | | M3.00 | |
| Soc Sec #: xxx-xx-xxxx    Employee ID: 271 | | **Total Hours** | 80.00 | | | 80.00 | |
| Clock ID: 00175 | | **Gross Earnings** | | | 1346.15 | | 1346.15 |
| | | **Total Hrs Worked** | 69.00 | | | | |
| Home Department: 100 Indirect | WITHHOLDINGS | DESCRIPTION | FILING STATUS | | THIS PERIOD ($) | | YTD ($) |
| Pay Period: 12/15/19 to 12/28/19 | | Social Security | | | 83.46 | | 83.46 |
| Check Date: 01/03/20    Check #: 104900 | | Medicare | | | 19.52 | | 19.52 |
| NET PAY ALLOCATIONS | | Fed Income Tax | S 2 | | 96.71 | | 96.71 |
| | | PA Income Tax | | | 41.33 | | 41.33 |
| DESCRIPTION    THIS PERIOD ($)    YTD ($) | | PA Unemploy | | | 0.81 | | 0.81 |
| Check Amount    0.00    0.00 | | PA BENSA-Buc In | | | 13.46 | | 13.46 |
| Chkg 5309    1088.86    1088.86 | | PA LBENB-Buc L | | | 2.00 | | 2.00 |
| **NET PAY    1088.86    1088.86** | | **TOTAL** | | | 257.29 | | 257.29 |

TIME OFF (Based on Policy Year)

| DESCRIPTION | TOTAL BAL |
|---|---|
| PTO POLICY | 3.462 hrs |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 1088.86 | 1088.86 |

0943 Y426-T986  Brenner Aerostructures LLC • 450-3 Winks Lane • Bensalem PA  19020-0000 • (215) 638-3884

BRENNER AEROSTRUCTURES LLC
450-3 WINKS LANE
BENSALEM PA 19020-0000

Y426-T986
ORG1:100 Indirect
EE ID: 271

MELISSA D CAPLAN
5001 NESHAMINY BLVD
BENSALEM PA 19020

**PERSONAL AND CHECK INFORMATION**
Melissa D Caplan
5001 Neshaminy Blvd
Bensalem, PA 19020
Soc Sec #: xxx-xx-xxxx    Employee ID: 271
Clock ID: 00175

Home Department: 100 Indirect

Pay Period: 09/08/19 to 09/21/19
Check Date: 09/27/19    Check #: 104365

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 556.36 | 556.36 |
| **NET PAY** | **556.36** | **556.36** |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Salary | M40.00 | | 653.84 | M40.00 | 653.84 |
| Total Hours | 40.00 | | | 40.00 | |
| Gross Earnings | | | 653.84 | | 653.84 |
| Total Hrs Worked | 40.00 | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 40.54 | 40.54 |
| Medicare | | 9.48 | 9.48 |
| Fed Income Tax | S 2 | 18.46 | 18.46 |
| PA Income Tax | | 20.07 | 20.07 |
| PA Unemploy | | 0.39 | 0.39 |
| PA BENSA-Buc In | | 6.54 | 6.54 |
| PA LBENB-Buc L | | 2.00 | 2.00 |
| **TOTAL** | | **97.48** | **97.48** |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 556.36 | 556.36 |

Payrolls by Paychex, Inc.

0943 Y426-T986  Brenner Aerostructures LLC • 450-3 Winks Lane • Bensalem PA 19020-0000 • (215) 638-3884

BRENNER AEROSTRUCTURES LLC
450-3 WINKS LANE
BENSALEM PA 19020-0000

Y426-T986
ORG1:100 Indirect
EE ID: 271    DD

MELISSA D CAPLAN
5001 NESHAMINY BLVD
BENSALEM PA 19020

### PERSONAL AND CHECK INFORMATION
Melissa D Caplan
5001 Neshaminy Blvd
Bensalem, PA 19020
Soc Sec #: xxx-xx-xxxx    Employee ID: 271
Clock ID: 00175

Home Department: 100 Indirect

Pay Period: 10/06/19 to 10/19/19
Check Date: 10/25/19    Check #: 104491

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 556.36 |
| Chkg 3061 | 0.00 | 1043.84 |
| Chkg 5309 | 1087.80 | 1087.80 |
| **NET PAY** | **1087.80** | **2688.00** |

### EARNINGS

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Salary | | | | | 38.46 |
| Salary | M80.00 | | 1346.15 | M192.00 | 3249.99 |
| Total Hours | 80.00 | | | 192.00 | |
| Gross Earnings | | | 1346.15 | | 3288.45 |
| Total Hrs Worked | 80.00 | | | | |

### WITHHOLDINGS

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 83.46 | 203.88 |
| Medicare | | 19.52 | 47.68 |
| Fed Income Tax | S 2 | 97.77 | 207.08 |
| PA Income Tax | | 41.33 | 100.96 |
| PA Unemploy | | 0.81 | 1.97 |
| PA BENSA-Buc In | | 13.46 | 32.88 |
| PA LBENB-Buc L | | 2.00 | 6.00 |
| **TOTAL** | | **258.35** | **600.45** |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 1087.80 | 2688.00 |

*Payrolls by Paychex, Inc.*

0943 Y426-T986  Brenner Aerostructures LLC • 450-3 Winks Lane • Bensalem PA 19020-0000 • (215) 638-3884

**BRENNER AEROSTRUCTURES LLC**
450-3 WINKS LANE
BENSALEM PA 19020-0000

Y426-T986
ORG1:100 Indirect
EE ID: 271    DD

MELISSA D CAPLAN
5001 NESHAMINY BLVD
BENSALEM PA 19020

Payrolls by Paychex, Inc.

---

**PERSONAL AND CHECK INFORMATION**
Melissa D Caplan
5001 Neshaminy Blvd
Bensalem, PA 19020
Soc Sec #: xxx-xx-xxxx    Employee ID: 271
Clock ID: 00175

Home Department: 100 Indirect

Pay Period: 11/03/19 to 11/16/19
Check Date: 11/22/19    Check #: 104630

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 556.36 |
| Chkg 3061 | 0.00 | 1043.84 |
| Chkg 5309 | 1087.80 | 3237.75 |
| NET PAY | 1087.80 | 4837.95 |

**TIME OFF** (Based on Policy Year)

| DESCRIPTION | TOTAL BAL |
|---|---|
| PTO POLICY | -0.769 hrs |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Salary | | | | | 38.46 |
| Salary | M76.00 | | 1346.15 | M340.00 | 5908.64 |
| PTO | M4.00 | | | M10.00 | |
| Total Hours | 80.00 | | | 350.00 | |
| Gross Earnings | | | 1346.15 | | 5947.10 |
| Total Hrs Worked | 76.00 | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 83.46 | 368.72 |
| Medicare | | 19.52 | 86.23 |
| Fed Income Tax | S 2 | 97.77 | 398.58 |
| PA Income Tax | | 41.33 | 182.58 |
| PA Unemploy | | 0.81 | 3.57 |
| PA BENSA-Buc In | | 13.46 | 59.47 |
| PA LBENB-Buc L | | 2.00 | 10.00 |
| TOTAL | | 258.35 | 1109.15 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 1087.80 | 4837.95 |

Payrolls by Paychex, Inc.

0943 Y426-T986  Brenner Aerostructures LLC • 450-3 Winks Lane • Bensalem PA 19020-0000 • (215) 638-3884

BRENNER AEROSTRUCTURES LLC
450-3 WINKS LANE
BENSALEM PA 19020-0000

Y426-T986
ORG1:100 Indirect
EE ID: 271    DD

MELISSA D CAPLAN
5001 NESHAMINY BLVD
BENSALEM PA 19020

*Payrolls by Paychex, Inc.*

| PERSONAL AND CHECK INFORMATION | | | EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|---|---|
| Melissa D Caplan | | | | Salary | | | | | 38.46 |
| 5001 Neshaminy Blvd | | | | Salary | M78.00 | | 1346.15 | M474.00 | 8196.71 |
| Bensalem, PA 19020 | | | | PTO | M2.00 | | | M12.00 | |
| Soc Sec #: xxx-xx-xxxx   Employee ID: 271 | | | | Total Hours | 80.00 | | | 486.00 | |
| Clock ID: 00175 | | | | Gross Earnings | | | 1346.15 | | 8235.17 |
| Home Department: 100 Indirect | | | | Total Hrs Worked | 78.00 | | | | |
| | | | WITHHOLDINGS | DESCRIPTION | FILING STATUS | | THIS PERIOD ($) | | YTD ($) |
| Pay Period: 12/01/19 to 12/14/19 | | | | Social Security | | | 83.46 | | 510.58 |
| Check Date: 12/20/19   Check #: 104767 | | | | Medicare | | | 19.52 | | 119.41 |
| NET PAY ALLOCATIONS | | | | Fed Income Tax | S 2 | | 97.77 | | 545.61 |
| DESCRIPTION | THIS PERIOD ($) | YTD ($) | | PA Income Tax | | | 41.33 | | 252.83 |
| Check Amount | 0.00 | 556.36 | | PA Unemploy | | | 0.81 | | 4.95 |
| Chkg 3061 | 0.00 | 1043.84 | | PA BENSA-Buc In | | | 13.46 | | 82.35 |
| Chkg 5309 | 1087.80 | 5105.24 | | PA LBENB-Buc L | | | 2.00 | | 14.00 |
| NET PAY | 1087.80 | 6705.44 | | TOTAL | | | 258.35 | | 1529.73 |

TIME OFF (Based on Policy Year)

| DESCRIPTION | TOTAL BAL |
|---|---|
| PTO POLICY | 3.385 hrs |

| NET PAY | | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | | 1087.80 | 6705.4 |

*Payrolls by Paychex, Inc.*

0943 Y426-T986  Brenner Aerostructures LLC • 450-3 Winks Lane • Bensalem PA 19020-0000 • (215) 638-3884