**U.S. BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**


| | | |
|---|---|---|
| **IN RE:   DON DINO SUAREZ** | : | **CHAPTER 13** |
| | : | |
| **Debtor** | : | **BANKRUPTCY NO.  16-13136** |


## ORDER

**AND NOW**, upon Motion of the Debtor, it is hereby ordered that Debtor be allowed to

file a new Chapter 13 Bankruptcy case.

IT IS FURTHER ORDERED that with respect to respondent, U.S. Bank National

Association, Trustee for the Pennsylvania Housing Finance Agency ("Lender"), that in the event

of default of post-petition mortgage payments occurs to Lender, Lender shall be permitted to

pursue Relief from the Automatic Stay in Debtor's subsequent Chapter 13 Case pursuant to a

subsequent Stipulation between Debtor & Lender, and Lender shall not be required to pursue

Relief from the Automatic Stay by Motion.

IT IS FURTHER ORDERED that the Stipulation between Debtor & Lender shall be filed

within 30 days from the date of filing of Debtor's subsequent Chapter 13 case.



BY THE COURT:



Dated: _____      _____
J.