## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Don D. Suarez<br>　　　　　　　Debtor<br><br>　　vs.<br><br>U.S. BANK NATIONAL ASSOCIATON, TRUSTEE<br>FOR THE PENNSYLVANIA HOUSING FINANCE<br>AGENCY, its successors and/or assigns<br>　　　　　　　Respondent | CHAPTER 13<br><br><br><br>NO. 16-13136 ELF |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

　　Kindly withdraw the Response of U.S. BANK NATIONAL ASSOCIATON, TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY to Debtor's Motion for Leave of Bar Preventing Debtor of Filing Bankruptcy, which was filed with the Court on or about February 3, 2020 (Document No. 99).

　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　**/s/ Rebecca A. Solarz, Esquire**
　　　　　　　　　　　　　　　　Rebecca A. Solarz, Esquire
　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　215-627-1322


February 24, 2020