United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 16-13136-elf
Don D. Suarez                                                             Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett          Page 1 of 1          Date Rcvd: Feb 26, 2020
                              Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 28, 2020.
db              +Don D. Suarez,   5001 Neshaminy Boulevard,   Bensalem, PA 19020-1142

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2020                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 26, 2020 at the address(es) listed below:
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATON, TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATON, TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com
              LEON P. HALLER    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATON, TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com,   dmaurer@pkh.com;mgutshall@pkh.com
              LEROY W. ETHERIDGE, JR.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              PAUL H. YOUNG    on behalf of Debtor Don D. Suarez support@ymalaw.com,   ykaecf@gmail.com,
               paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com
              REBECCA ANN SOLARZ    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATON, TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com
              SIOBHAN D. BYRNES    on behalf of Creditor    Bucks County Water and Sewer Authority
               sbyrnes@begleycarlin.com,   brossmann@begleycarlin.com
              THOMAS I. PULEO    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATON, TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 10

# U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  DON DINO SUAREZ | : | CHAPTER 13 |
| | : | |
| Debtor | : | BANKRUPTCY NO. 16-13136 |

## ORDER

**AND NOW**, upon Motion of the Debtor, it is hereby ordered that Debtor be allowed to file a new Chapter 13 Bankruptcy case.

IT IS FURTHER ORDERED that with respect to respondent, U.S. Bank National Association, Trustee for the Pennsylvania Housing Finance Agency ("Lender"), that in the event of default of post-petition mortgage payments occurs to Lender, Lender shall be permitted to pursue Relief from the Automatic Stay in Debtor's subsequent Chapter 13 Case pursuant to a subsequent Stipulation between Debtor & Lender, and Lender shall not be required to pursue Relief from the Automatic Stay by Motion.

IT IS FURTHER ORDERED that the Stipulation between Debtor & Lender shall be filed within 30 days from the date of filing of Debtor's subsequent Chapter 13 case.

Dated: _2/25/20_

BY THE COURT:

_____
J.